■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORENZO THOMAS, Appellant. — Appeal by defendant from a judgment of the County Court, Suffolk County (Harris, J.), rendered November 5, 1982, convicting him of attempted robbery in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

The defendant did not raise his objections as to the adequacy of the plea allocution in the court of first instance. Thus, he failed to preserve his claims of error of law for appellate review (see *People v Pellegrino,* 60 NY2d 636; *People v Pascale,* 48 NY2d 997; *People v Santiago,* 100 AD2d 857; *People v McKenzie,* 88 AD2d 646). In any event, the absence of a complete factual recitation of the underlying facts does not require automatic reversal of the convictions as it appears from the record that the plea was entered both knowingly and voluntarily, and with competent assistance of counsel. Gibbons, J. P., O'Connor, Niehoff and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEMUEL THOMPSON, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Deeley, J.), rendered April 13, 1982, convicting him of criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Although the use of the phrase "if the scales are even" in charging the jury as to reasonable doubt is strongly disapproved (see *People v Thompson,* 97 AD2d 554), no exception was taken to the charge and hence no error has been preserved for review. We have considered defendant's other contentions and find them to be without merit. Titone, J. P., Mangano, Weinstein and Brown, JJ., concur.